UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| VILLARREAL, RICHARD CHARLES, JR. | § | Case No. 10-45883 |
| VILLARREAL, BARBARA JANE | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 05/16/2013 in Courtroom 240,
        United States Courthouse
        c/o Kane County Courthouse
        100 S. 3rd St., geneva, IL 60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/16/2013          By: Kenneth S. Gardner
                                                    Clerk of the Bankruptcy Court

*JOSEPH R. VOILAND*
*1625 WING ROAD*
*YORKVILLE, IL 60560*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
VILLARREAL, RICHARD CHARLES, JR. §    Case No. 10-45883
VILLARREAL, BARBARA JANE §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,451.47 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 5,451.47 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ 1,295.15 | $ 0.00 | $ 1,295.15 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 90.49 | $ 0.00 | $ 90.49 |
| Attorney for Trustee Fees: JOSEPH R. VOILAND | $ 1,732.50 | $ 0.00 | $ 1,732.50 |
| Attorney for Trustee Expenses: JOSEPH R. VOILAND | $ 170.72 | $ 0.00 | $ 170.72 |
| Charges: Clerk of the U.S. Bankruptcy Court | $ 250.00 | $ 0.00 | $ 250.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 3,538.86 |
| Remaining Balance | $ 1,912.61 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 250.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,343.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Portfolio Recovery Associates, LLC | $ 1,343.18 | $ 0.00 | $ 1,343.18 |
| | Total to be paid to timely general unsecured creditors | | $ | 1,343.18 |
| | Remaining Balance | | $ | 569.43 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 9.63 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

Prepared By: /s/Joseph R. Voiland
Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Richard Charles Villarreal
Barbara Jane Villarreal
    Debtors

Case No. 10-45883-CAD
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: tmaurer     Page 1 of 3     Date Rcvd: Apr 17, 2013
                 Form ID: pdf006     Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 19, 2013.
```
db/jdb     +Richard Charles Villarreal, Jr.,   Barbara Jane Villarreal,   1330 Lundberg Ave,
             Batavia, IL 60510-9236
16272362   +Barclays BANK Delaware,    Attn: Bankruptcy Dept.,    125 S West St,   Wilmington, DE 19801-5014
16272368   +Blitt and Gaines, PC,    Bankruptcy Department,    661 Glenn Ave.,   Wheeling, IL 60090-6017
16272352   ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
            (address filed with court: Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,
             Richmond, VA 23285)
16272359   +CHASE,   Attn: Bankruptcy Dept.,    Po Box 15298,   Wilmington, DE 19850-5298
16272363   +CHASE,   Attn: Bankruptcy Dept.,    800 Brooksedge Blvd,   Westerville, OH 43081-2822
16272366   +CITI,   Attn: Bankruptcy Dept.,    Po Box 6241,   Sioux Falls, SD 57117-6241
16272353   +Chase-Bp,   Attn: Bankruptcy Dept.,    Po Box 15298,   Wilmington, DE 19850-5298
16272342   +DS Waters OF America INC,    C/O CBA Collection Bureau,    25954 Eden Landing Rd,
             Hayward, CA 94545-3816
16272349   +Equifax,   Attn: Bankruptcy Dept.,    PO Box 740241,   Atlanta, GA 30374-0241
16272350   +Experian,   Attn: Bankruptcy Dept.,    PO Box 2002,   Allen, TX 75013-2002
16272360   +HSBC BANK,   Attn: Bankruptcy Dept.,    Po Box 5253,   Carol Stream, IL 60197-5253
16272341   +Hsbcbank N.A.,   C/O Security Credit Servic,    2623 W Oxford Loop,   Oxford, MS 38655-5442
16272367   +Kane County Clerk of Court,    Doc#10ARK647,    PO Box 112,   Geneva, IL 60134-0112
16272365   +Michael D. Fine,    Bankruptcy Department,    131 S. Dearborn St., floor 5,
             Chicago, IL 60603-5571
18682383   ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
            (address filed with court: Portfolio Recovery Associates, LLC,   c/o Household,   POB 41067,
             Norfolk VA 23541)
16272351   +Transunion,   Attn: Bankruptcy Dept.,    PO Box 1000,   Chester, PA 19016-1000
16272346   ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
             ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,   FORT MILL SC 29715-7203
            (address filed with court: Wells Fargo HM Mortgag,   Attn: Bankruptcy Dept.,
             8480 Stagecoach Cir,   Frederick, MD 21701)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16272355    E-mail/Text: bnc-applied@quantum3group.com Apr 18 2013 03:21:46    Applied BANK,
             Attn: Bankruptcy Dept.,   601 Delaware Ave,   Wilmington, DE 19801
16633521   +E-mail/Text: ally@ebn.phinsolutions.com Apr 18 2013 02:07:14    Ally Financial (f/k/a GMAC,
             PO BOX 130424,   Roseville MN 55113-0004
16272348   +E-mail/Text: bankruptcydpt@mcmcg.com Apr 18 2013 02:04:55    Capital ONE BANK,
             C/O Midland Credit MGMT,   8875 Aero Dr,   San Diego, CA 92123-2251
16272345   +E-mail/Text: BKNOTICES@EAFLLC.COM Apr 18 2013 02:08:21    Chase BANK USA  N.A,
             C/O Equable Ascent Financi,   5 Revere Dr,   Northbrook, IL 60062-1566
16272343   +E-mail/Text: ally@ebn.phinsolutions.com Apr 18 2013 02:07:14    G M A C,
             Attn: Bankruptcy Dept.,   15303 S 94Th Ave,   Orland Park, IL 60462-3825
16272370    E-mail/Text: cio.bncmail@irs.gov Apr 18 2013 02:01:49    IRS Priority Debt,
             Attn: Bankruptcy Dept.,   Box 21126,   Philadelphia, PA 19114
16272369   +E-mail/Text: cio.bncmail@irs.gov Apr 18 2013 02:01:50    IRS Priority Debt,   P O Box 7346,
             Philadelphia, PA 19101-7346
                                                                                              TOTAL: 7
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16272354*  ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
            (address filed with court: Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,
             Richmond, VA 23285)
16272356*  ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
            (address filed with court: Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,
             Richmond, VA 23285)
16272357*  ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
            (address filed with court: Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,
             Richmond, VA 23285)
16272358*  ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
            (address filed with court: Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,
             Richmond, VA 23285)
16272361*  ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
            (address filed with court: Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,
             Richmond, VA 23285)
16272364*   +CHASE,   Attn: Bankruptcy Dept.,    Po Box 15298,   Wilmington, DE 19850-5298
16272344*   +G M A C,   Attn: Bankruptcy Dept.,    15303 S 94Th Ave,   Orland Park, IL 60462-3825
16272347   ##+HFC,   Attn: Bankruptcy Dept.,    Po Box 3425,   Buffalo, NY 14240-3425
                                                                                   TOTALS: 0, * 7, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1           User: tmaurer              Page 2 of 3          Date Rcvd: Apr 17, 2013
                               Form ID: pdf006            Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 19, 2013**             **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: tmaurer              Page 3 of 3                  Date Rcvd: Apr 17, 2013
                              Form ID: pdf006           Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2013 at the address(es) listed below:
          Alex   Wilson    on behalf of Debtor Richard Charles Villarreal, Jr. ndil@geracilaw.com
          Alex   Wilson    on behalf of Joint Debtor Barbara Jane Villarreal ndil@geracilaw.com
          Denise A Delaurent     on behalf of U.S. Trustee Patrick S Layng USTPRegion11.es.ecf@usdoj.gov,
           Denise.DeLaurent@usdoj.gov;maria.r.kaplan@usdoj.gov
          Eric E. Newman    on behalf of Defendant    Allstate Insurance Co. eric.newman@mbtlaw.com
          Jonathan D Parker    on behalf of Debtor Richard Charles Villarreal, Jr. ndil@geracilaw.com
          Jonathan D Parker    on behalf of Joint Debtor Barbara Jane Villarreal ndil@geracilaw.com
          Jose G Moreno    on behalf of Creditor    Wells Fargo Bank, NA nd-one@il.cslegal.com
          Joseph  Voiland    on behalf of Plaintiff Joseph R. Voiland jrvoiland@sbcglobal.net,
           jvoiland@ecf.epiqsystems.com
          Joseph  Voiland     jrvoiland@sbcglobal.net,  jvoiland@ecf.epiqsystems.com
          Joseph R Voiland    on behalf of Plaintiff Joseph R. Voiland jrvoiland@sbcglobal.net
          Joseph R Voiland    on behalf of Trustee Joseph  Voiland jrvoiland@sbcglobal.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                               TOTAL: 12