UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:  §
        §
VILLARREAL, RICHARD CHARLES, JR. §     Case No. 10-45883
VILLARREAL, BARBARA JANE         §
        §
        Debtor(s)                §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

Case 10-45883   Doc 68   Filed 08/28/13   Entered 08/28/13 15:08:55   Desc Main
                          Document      Page 2 of 9

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

   4)  This case was originally filed under chapter   on    . The case was pending for   months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: _____ By:/s/JOSEPH R. VOILAND_____
                         Trustee

   **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| RICHARD & BARBARA VILLARREAL |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | ALLY FINANCIAL (F/K/A GMAC) |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CLERK OF THE U.S. BANKRUPTCY COURT | | | | | |
| IRS PRIORITY DEBT | | | | | |
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-45883 | RG | Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|---|
| Case Name: | VILLARREAL, RICHARD CHARLES, JR. | | | Date Filed (f) or Converted (c): | 10/13/10 (f) |
| | VILLARREAL, BARBARA JANE | | | 341(a) Meeting Date: | 11/15/10 |
| For Period Ending: | 08/15/13 | | | Claims Bar Date: | 03/29/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. real estate - 1330 Lundberg Ave., Batavia, IL | 250,000.00 | 0.00 | DA | 0.00 | FA |
| 2. checking acct. - Chase | 2.00 | 0.00 | DA | 0.00 | FA |
| 3. household goods | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 4. books, etc. | 100.00 | 0.00 | DA | 0.00 | FA |
| 5. wearing apparel | 100.00 | 0.00 | DA | 0.00 | FA |
| 6. jewelry | 500.00 | 0.00 | DA | 0.00 | FA |
| 7. term life (work) | 0.00 | 0.00 | DA | 0.00 | FA |
| 8. term life (work) | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. universal life | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. 401(k) | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 11. IRA | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 12. IRA Chase | 65.00 | 0.00 | DA | 0.00 | FA |
| 13. insurance business | 0.00 | 0.00 | | 5,451.47 | FA |
| 14. 2005 GMAC Suburban | 6,950.00 | 0.00 | DA | 0.00 | FA |
| 15. 2005 GMAC Equinox | 5,225.00 | 0.00 | DA | 0.00 | FA |
| 16. office equipment | 100.00 | 0.00 | DA | 0.00 | FA |
| 17. pets | 0.00 | 0.00 | DA | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $280,042.00 | $0.00 | | $5,451.47 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/15/12     Current Projected Date of Final Report (TFR): 05/15/13

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

Ver: 16.05c

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-45883 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | VILLARREAL, RICHARD CHARLES, JR. | | Bank Name: | Congressional Bank |
| | VILLARREAL, BARBARA JANE | | Account Number / CD #: | *******7383 Checking Account |
| Taxpayer ID No: | *******2933 | | | |
| For Period Ending: | 08/15/13 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| * 06/19/12 | 13 | Chase Bank | | 1129-003 | 5,000.00 | | 5,000.00 |
| * 07/14/12 | | deposit adjustment | deposit adjustment - entry error | 9999-003 | | 4,500.00 | 500.00 |
| 07/24/12 | 13 | Chase Bank | insurance business | 1129-000 | 500.00 | | 1,000.00 |
| 11/15/12 | 13 | Allstate Insurance Company | | 1129-000 | 751.12 | | 1,751.12 |
| 11/15/12 | 13 | Allstate Insurance Company | | 1129-000 | 751.12 | | 2,502.24 |
| 12/04/12 | 13 | Allstate Insurance Company | | 1129-000 | 751.12 | | 3,253.36 |
| 12/13/12 | 13 | Allstate Insurance Company | | 1129-000 | 751.12 | | 4,004.48 |
| 01/07/13 | 13 | Allstate Insurance Company | | 1129-000 | 751.12 | | 4,755.60 |
| 01/07/13 | 13 | Allstate Insurance Company | | 1129-000 | 695.87 | | 5,451.47 |
| 03/31/13 | | Congressional Bank | bank service charge | 2600-000 | | 10.00 | 5,441.47 |
| 05/15/13 | 001001 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL  60560 | | 2100-000 | | 1,295.15 | 4,146.32 |
| 05/15/13 | 001002 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL  60560 | | 2200-000 | | 90.49 | 4,055.83 |
| 05/15/13 | 001003 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL  60560 | | 3110-000 | | 1,732.50 | 2,323.33 |
| 05/15/13 | 001004 | JOSEPH R. VOILAND<br>1625 Wing Road<br>Yorkville, IL  60560 | | 3120-000 | | 170.72 | 2,152.61 |
| 05/15/13 | 001005 | Clerk of the U.S. Bankruptcy Court<br>219 S. Dearborn<br>Chicago, IL  60604 | | 2700-000 | | 250.00 | 1,902.61 |
| 05/15/13 | 001006 | Portfolio Recovery Associates, LLC<br>c/o Household<br>POB 41067 | | | | 1,352.81 | 549.80 |
| | | | Page Subtotals | | 9,951.47 | 9,401.67 | |

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-45883 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | VILLARREAL, RICHARD CHARLES, JR. | Bank Name: | Congressional Bank |
| | VILLARREAL, BARBARA JANE | Account Number / CD #: | *******7383 Checking Account |
| Taxpayer ID No: | *******2933 | | |
| For Period Ending: | 08/15/13 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Norfolk VA 23541 | | | | | |
| | | | Claim 1,343.18 | 7100-000 | | | |
| | | | Interest 9.63 | 7990-000 | | | |
| 05/15/13 | 001007 | RICHARD & BARBARA VILLARREAL | surplas funds | 8200-002 | | 549.80 | 0.00 |
| | | 1330 LUNDBERG AVE | | | | | |
| | | BATAVIA, IL 60510 | | | | | |
| 05/31/13 | | Congressional Bank | bank service fee | 9999-000 | | 10.00 | -10.00 |
| 06/30/13 | | Congressional Bank | service fee reversal | 9999-000 | 20.00 | | 10.00 |
| 06/30/13 | | Congressional Bank | bank service fee | 9999-000 | | 10.00 | 0.00 |
| * 08/15/13 | 13 | Chase Bank | VOID | 1129-003 | -5,000.00 | | -5,000.00 |
| 08/15/13 | | RICHARD CHARLES VILLARREAL, JR. | corrected deposit for 6/19/2012 | 1129-000 | 500.00 | | -4,500.00 |
| | | 1330 LUNDBERG AVE | | | | | |
| | | BATAVIA, IL 60510 | | | | | |
| * 08/15/13 | | Reverses Adjustment OUT on 07/14/12 | deposit adjustment - entry error | 9999-003 | | -4,500.00 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,471.47 | 5,471.47 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 5,471.47 | 5,471.47 | |
| Less: Payments to Debtors | | 549.80 | |
| Net | 5,471.47 | 4,921.67 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********7383 | 5,471.47 | 4,921.67 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 5,471.47 | 4,921.67 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    -4,480.00    -3,930.20

Ver: 16.05c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| Case No: | 10-45883 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | VILLARREAL, RICHARD CHARLES, JR. | Bank Name: | Congressional Bank |
| | VILLARREAL, BARBARA JANE | Account Number / CD #: | *******7383  Checking Account |
| Taxpayer ID No: | *******2933 | | |
| For Period Ending: | 08/15/13 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 16.05c